UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ZOLL MEDICAL CORPORATION and ZOLL SERVICES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 1:24-cv-11210-PGL |
| AXIS INSURANCE COMPANY, a/s/o FUSION, LLC and FUSION, LLC | ) ) ) ) | **Hearing Requested** |
| Defendant. | ) ) ) | |

## PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL

Plaintiffs ZOLL Medical Corporation and ZOLL Services, LLC submit this Motion to Disqualify counsel for Fusion, LLC, Mark S. Resnick of ResnickLaw ("Resnick") in the above-referenced action for the reasons set forth in its Memorandum of Law in support of this Motion.

Respectfully submitted,

ZOLL MEDICAL CORPORATION AND ZOLL SERVICES, LLC

By their attorneys,

/s/ *Christian Habersaat*
Christian Habersaat (BBO # 564427)
Jennifer B. Furey (BBO # 634174)
Brenna M. Cass (BBO # 709028)
GOULSTON & STORRS PC
One Post Office Square
Boston, MA 02109
Tel.: (617) 482-1776
chabersaat@goulstonstorrs.com
jfurey@goulstonstorrs.com
bcass@goulstonstorrs.com

Dated: July 10, 2024

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, I hereby certify that counsel for the Plaintiffs conferred with counsel for Defendants in a good faith effort to narrow the issues in dispute raised by this motion in advance of filing this motion; however, no resolution of any issues raised in the motion was achieved.

                                                            _/s/ Christian Habersaat_

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                                            _/s/ Christian Habersaat_